**No. 10-7828. Daniel Joseph Boone, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 498.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 909.

**No. 10-7836. Hayel Abdallah Ali Jaber, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 243.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 602.

**No. 10-7837. Clifford Eugene Johnson, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 261.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 467.

**No. 10-7838. Lance Lockard, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 298.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 616.

**No. 10-7840. Charles Edward McIntyre, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 266.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 467.

**No. 10-7841. Benjamin Ochoa-Ramirez, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 41.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 641.

**No. 10-7843. Shannon L'Ray Walker, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 971, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 427.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 467.

**No. 10-7846. Edward Sims, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 972, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 360.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 385 Fed. Appx. 910.

**No. 10-7848. Roy Mosley, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 972, 178 L. Ed. 2d 798, 2011 U.S. LEXIS 58.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.